UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 06 B 08629
   DAVID ANDREW NOVAK
   SARAH ELIZABETH NOVAK               CHAPTER 13

                                       JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1535    SSN XXX-XX-9120
```

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/19/06 and confirmed on 09/08/06.

   2.  The case was converted to Chapter 7 after confirmation, 03/13/2008.

   3.  The Debtor paid a total of $ 22400.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED | 2743.93 | 62.94 | 2743.93 |
| BECKET & LEE LLP | UNSECURED | 19108.28 | .00 | 1719.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10748.40 | .00 | 967.17 |
| CAPITAL ONE BANK | UNSECURED | 11295.19 | .00 | 1016.38 |
| B REAL LLC | UNSECURED | 7670.95 | .00 | 706.45 |
| ROUNDUP FUNDING LLC | UNSECURED | 18956.03 | .00 | 1705.71 |
| B REAL LLC | UNSECURED | 30045.51 | .00 | 2703.58 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9036.76 | .00 | 813.15 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7321.76 | .00 | 658.85 |
| LIFETIME FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8396.55 | .00 | 755.54 |
| ECAST SETTLEMENT CORP | UNSECURED | 1000.00 | .00 | 89.87 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 43846.90 | .00 | 3945.48 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 6452.54 | .00 | 580.64 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| FRANKLIN LOAN SERVICES | SECURED | .00 | .00 | .00 |

                  Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2743.93 | .00 | 173878.87 | .00 | 176622.80 |
| PRINCIPAL PAID | 2743.93 | .00 | 15662.23 | .00 | 18406.16 |
| INTEREST PAID | 62.94 | .00 | .00 | .00 | 62.94 |
| TOTAL PAID | 2806.87 | .00 | 15662.23 | .00 | 18469.10 |

The Debtor's attorney, MELVIN J KAPLAN                , was allowed $  3000.00
and was paid $  3000.00 .

The Trustee received $   930.90 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 06 B 08629 DAVID ANDREW NOVAK & SARAH ELIZABETH NOVAK